IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BONNIE J. STROMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-05-1306-M |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On October 23, 2006, United States Magistrate Judge Shon T. Erwin issued Findings and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 416(i) and 423. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by November 12, 2006. On November 13, 2006, plaintiff filed her objections.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on October 23, 2006, and
(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 20th day of November, 2006.**

*[signature]*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE